IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERMAN A. COMBS,

  Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-1966

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Sherman A. Combs, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.